# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>vs.<br><br>SARAH JO WARD,<br><br>                    Defendant. | No. CR-13-041-JLQ-3<br><br>ORDER GRANTING UNOPPOSED MOTION TO MODIFY |

Before the court is Defendant's Unopposed Motion to Modify Conditions of Release, ECF 51. Good case appearing therefor,

**IT IS ORDERED** that the Unopposed Motion to Modify Conditions of Release, **ECF No. 51,** is **GRANTED.** The requirement for curfew is modified. Defendant, on days when her employment requires it, shall be restricted to her residence from **2:30 a.m.** to **6:00 a.m.** All other terms and conditions of her release will remain in full force and effect, including pre-approval by the Probation Office to leave the Eastern District of Washington.

DATED April 19, 2013.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER - 1